Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS DEMARK DENNIS,<br><br>Defendant. | No. CR18-131RAJ<br><br>ORDER ON MOTION FOR APPOINTMENT OF NEW COUNSEL |

THIS MATTER comes before the Court on Defendant's pro se Motion for Appointment of New Counsel (Dkt. #681). The Court, having reviewed the motion and the files and pleadings herein, and having conducted a hearing during which the Court conducted a colloquy with Defendant and defense counsel in sealed proceedings, and being fully advised,

IT IS ORDERED that Defendant's Motion for Appointment of New Counsel (Dkt. #681) is GRANTED. Attorney Gabriel Banfi shall be permitted to withdraw as counsel for Defendant Carlos Demark Dennis upon appointment of successor counsel by the CJA Coordinator.

DATED this 19th day of April, 2019.

_____
The Honorable Richard A. Jones
United States District Judge