The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:18-CR-00131-RAJ |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO EXTEND THE TIME FOR FILING PRETRIAL MOTIONS |
| CARLOS DENMARK DENNIS, | |
| Defendant. | |

THIS MATTER having come to the Court's attention through Defendant's Motion to Extend the Time for Filing Pretrial Motions, and the Court having considered the filed motion and the declaration of counsel in support of the requested continuance, and finding good cause for the continuance, hereby

ORDERS that the Motion to Extend the Time for Filing Pretrial Motions as to Defendant Carlos Denmark Dennis (Dkt. #774) is GRANTED.

///

///

///

ORDER GRANTING MOTION TO EXTEND THE TIME
FOR FILING PRE-TRIAL MOTIONS - 1

**SMITH LAW FIRM**
314 North Second Street
Yakima, WA 98901
(509) 457-5108

The parties shall adhere to the following amended briefing schedule:

| | |
|---|---|
| Filing of Pretrial Motions | June 27, 2019 |
| Filing of Responses | July 11, 2019 |
| Filing of Replies | July 18, 2019 |
| Hearing Date | Monday, August 5, 2019 at 9:00 a.m. |

DATED this 12th day of June, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO EXTEND THE TIME
FOR FILING PRE-TRIAL MOTIONS - 2

**SMITH LAW FIRM**
314 North Second Street
Yakima, WA 98901
(509) 457-5108