The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:18-CR-00131-RAJ |
| Plaintiff, ) | |
| vs. ) | ORDER GRANTING MOTION |
| ) | TO FILE EXHIBITS UNDER SEAL |
| CARLOS DENMARK DENNIS, ) | |
| Defendant. ) | |

THIS MATTER comes before the Court upon Defendant Carlos Denmark Dennis' Motion to File Under Seal Exhibits A and B to his Motion to Suppress Evidence from Tracking Warrants for Telephone Number 206-889-3040. Having considered the motion, and finding good cause,

IT IS ORDERED that Defendant's Motion to Seal (Dkt. #870) is GRANTED. Exhibits A and B to Defendant Dennis' Motion to Suppress Evidence from Tracking Warrants shall remain filed under seal.

DATED this 1st day of July, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO
FILE EXHIBITS UNDER SEAL - 1

**SMITH LAW FIRM**
314 North Second Street
Yakima, WA 98901
(509) 457-5108