The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:18-CR-00131-RAJ |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO EXCEED PAGE LIMIT |
| CARLOS DENMARK DENNIS, | |
| Defendant. | |

THIS MATTER comes before the Court on Defendant Carlos Denmark Dennis' Motion to Exceed Page Limit. The Court, having considered the motion, and finding good cause,

IT IS ORDERED that Defendant Carlos Dennis' Motion to Exceed Page Limit (Dkt. #873) is GRANTED.

DATED this 1st day of July, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO EXCEED PAGE LIMIT - 1

**SMITH LAW FIRM**
314 North Second Street
Yakima, WA 98901
(509) 457-5108