The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:18-CR-00131-RAJ |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO FILE EXHIBIT UNDER SEAL |
| CARLOS DENMARK DENNIS, | |
| Defendant. | |

THIS MATTER comes before the Court upon Defendant Carlos Denmark Dennis' Motion to File Under Seal Exhibit A to his Motion to Suppress Statements and Physical Evidence. Having considered the motion, and finding good cause,

IT IS ORDERED that Defendant's Motion to Seal (Dkt. #875) is GRANTED. Exhibit A to Defendant Dennis' Motion to Suppress Statements and Physical Evidence shall remain filed under seal.

DATED this 1st day of July, 2019.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO
FILE EXHIBIT UNDER SEAL - 1

**SMITH LAW FIRM**
314 North Second Street
Yakima, WA 98901
(509) 457-5108