IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:18-CR-00131-RAJ-21 |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION |
| | TO EXCEED PAGE LIMIT |
| CARLOS DEMARK DENNIS, | |
| Defendant. | |

THIS MATTER comes before the Court upon Defendant Carlos Demark Dennis's Motion to Exceed Page Limit. Good cause appearing, it is **ORDERED** that Defendant Carlos Demark Dennis' Motion to Exceed Page Limit (Dkt. #966) is GRANTED.

DATED this 26th day of July, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

**SMITH LAW FIRM**
314 North Second Street
Yakima, WA 98901
(509) 457-5108