The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS DEMARK DENNIS,<br><br>    Defendant. | NO. CR18-131RAJ<br><br>ORDER TO SEAL |

Having read the Government's Motion to Seal and related materials, and finding good cause,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #1252) is GRANTED. The report of victim M.J.'s interview shall remain sealed due to its designation as Protected Material pursuant to the Protective Order.

DATED this 24th day of January, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

Order to Seal - 1
*United States v. Dennis*, CR18-131RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970