The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  2:18-CR-00131-RAJ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING MOTION TO FILE |
| | ) | OVERLENGTH MEMORANDUM |
| | ) | SUPPORTING MOTION TO REDUCE |
| CARLOS DENMARK DENNIS, | ) | SENTENCE |
| Defendant. | ) | |
| | ) | |
| | ) | |

This matter has come before the Court on Defendant's motion to file overlength memorandum supporting motion to reduce sentence.  The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing of an overlength memorandum supporting the Motion to Reduce Sentence.

IT IS HEREBY ORDERED that the Motion to File Overlength Memorandum Supporting Motion to Reduce Sentence (Dkt. #1371) is GRANTED.  Defendant shall be allowed to file his brief, which shall not exceed 39 pages.

DATED this 28th day of July, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO FILE OVERLENGTH
MEMORANDUM SUPPORTING MOTION TO REDUCE
SENTENCE - Page 1

**SMITH LAW FIRM**
314 North Second Street
Yakima, WA  98901
(509) 457-5108