The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

          Plaintiff,

  vs.

CARLOS DENMARK DENNIS,

          Defendant.

)
)
)
)
)
)
)
)
)
)
)

NO.  2:18-CR-00131-RAJ-21

ORDER GRANTING MOTION
TO SEAL EXHIBITS

This matter has come before the Court on Defendant's Motion to Seal Exhibits A, J, K, K-1, O and R to Mr. Dennis' Motion to Reduce Sentence.  The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of Exhibits A, J, K, K-1, O and R to the Motion to Reduce Sentence, due to the sensitive information contained therein.

IT IS HEREBY ORDERED that the Motion to Seal (Dkt. #1372) is GRANTED. Exhibits A, J, K, K-1, O and R to Defendant's Motion to Reduce Sentence shall remain filed under seal.

DATED this 28th day of July, 2020.

_____

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL EXHIBITS - Page 1

**SMITH LAW FIRM**
314 North Second Street
Yakima, WA  98901
(509) 457-5108