The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | Case No. CR18-131RAJ |
|---|---|
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE AND NOTING DATE |
| v. | |
| CARLOS DEMARK DENNIS, | |
| Defendant. | |

THIS MATTER comes before the Court upon the parties' Stipulation Concerning Briefing Schedule (Dkt. #1378). Having considered the stipulation, the Court ORDERS as follows:

1. The United States shall file a response to Defendant's pending Motion to Reduce Sentence (Compassionate Release) (Dkt. #1370) on or before August 14, 2020.

2. Any reply brief will be filed on or before August 28, 2020, and the matter noted for that date.

DATED this 4th day of August, 2020.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER EXTENDING BRIEFING
SCHEDULE AND NOTING DATE
*United States v. Dennis, CR18-131RAJ* - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970