The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, Plaintiff, v. CARLOS DEMARK DENNIS, Defendant. | NO. CR18-131RAJ<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES |
|---|---|

The Court, having reviewed the Motion of the United States to File a Brief in Excess of Twelve Pages, hereby states:

IT IS HEREBY ORDERED that the Motion (Dkt. #1399) is GRANTED. The United States may file its Response to Carlos Demark Dennis' Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1) that does not exceed 19 pages in length.

DATED this 17th day of August, 2020.

*(signed)* Richard A. Jones

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNITED STATES' MOTION TO
FILE A BRIEF IN EXCESS OF TWELVE PAGES /
*United States v. Dennis,* CR18-131RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(2060) 553-7970