The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-131RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL EXHIBIT 1 TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO REDUCE SENTENCE |
| CARLOS DEMARK DENNIS, | |
| Defendant. | |

This matter has come before the Court on the motion to seal Exhibit 1 to Government's Response to Defendant's Motion to Reduce Sentence. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibit 1 to Government's Response to Defendant's Motion to Reduce Sentence, due to the sensitive information contained therein.

IT IS HEREBY ORDERED that the Motion to Seal (Dkt. #1401) is GRANTED. Exhibit 1 to Government's Response to Defendant's Motion to Reduce Sentence shall remain under seal.

DATED this 17th day of August, 2020.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Dennis,* CR18-131RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970