The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CARLOS DEMARK DENNIS,<br><br>　　　　　Defendant. | NO.  2:18-CR-00131-RAJ-21<br><br>ORDER GRANTING MOTION TO AMEND EXHIBIT O TO MOTION TO REDUCE SENTENCE AND MOTION TO SEAL AMENDED EXHIBIT O |

　　　This matter has come before the Court on Defendant Carlos Demark Dennis' Motion to Amend Exhibit O to Defendant's Motion to Reduce Sentence, filed under sealed at Dkt. #1373, and Motion to Seal Amended Exhibit O.  The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the replacement of Exhibit O (Presentence Investigation Report dated September 26, 2020) with the Presentence Investigation Report dated January 16, 2020 and to seal said amended exhibit. The Court has confirmed the United States has no opposition to the Motion.  Accordingly,

　　　IT IS HEREBY ORDERED that Defendant Carlos Demark Dennis' Motion to Amend Exhibit O and to File Amended Exhibit O under Seal (Dkt. #1414) is GRANTED.

　　　DATED this 24th day of August, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1

**SMITH LAW FIRM**
314 North Second Street
Yakima, WA  98901
(509) 457-5108