The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>CARLOS DENMARK DENNIS,<br><br>                      Defendant. | NO. 2:18-CR-00131-RAJ-21<br><br>MOTION TO FILE OVERLENGTH MEMORANDUM SUPPORTING REPLY TO UNITED STATES' RESPONSE TO DEFENDANT CARLOS DEMARK DENNIS' MOTION TO REDUCE SENTENCE<br><br>**Noted for August 27, 2020** |

**COMES NOW** CARLOS DENNIS by and through his attorney of record, Richard A. Smith of *Smith Law Firm*, and files this motion to file an overlength memorandum of six pages in length. The additional space is needed to adequately address the Government's Response to Defendant Carlos Demark Dennis' Motion to Reduce Sentence [Dkt 1400]. The length of the Motion to Reduce Sentence is a total of 9 pages.

MOTION TO FILE OVERLENGTH MEMORANDUM
SUPPORTING REPLY TO UNITED STATES' RESPONSE
TO DEFENDANT CARLOS DEMARK DENNIS' MOTION
TO REDUCE SENTENCE - Page 1

**SMITH LAW FIRM**
314 North Second Street
Yakima, WA 98901
(509) 457-5108

DATED this 27th day of August 2020.

>Presented by:  Smith Law Firm
>
>/s/ RICHARD A. SMITH
>RICHARD A. SMITH, WSBA 15127
>Attorney for Defendant Dennis

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on August 27, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing.

>/s/ Lugene Borba
>Lugene Borba
>Paralegal

MOTION TO FILE OVERLENGTH MEMORANDUM SUPPORTING REPLY TO UNITED STATES' RESPONSE TO DEFENDANT CARLOS DEMARK DENNIS' MOTION TO REDUCE SENTENCE - Page 2

**SMITH LAW FIRM**
314 North Second Street
Yakima, WA 98901
(509) 457-5108