The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 2:18-cr-00131-RAJ |
| Plaintiff, | ) |
| vs. | ) ORDER GRANTING MOTION TO FILE OVERLENGTH MEMORANDUM SUPPORTING REPLY TO UNITED STATES' RESPONSE TO DEFENDANT CARLOS DEMARK DENNIS' MOTION TO REDUCE SENTENCE |
| CARLOS DEMARK DENNIS, | |
| Defendant. | |

This matter has come before the Court on Defendant's motion to file overlength memorandum supporting motion to reduce sentence. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing of an overlength memorandum supporting the Reply to United States' Response to Defendant Carlos Demark Dennis' Motion to Reduce Sentence. Defendant shall be allowed to file his brief with a total of 9 pages.

IT IS HEREBY ORDERED that the Motion to File Overlength Memorandum Supporting Reply to United States' Response to Defendant Carlos Demark Dennis' Motion to Reduce Sentence (Dkt. #1431) is GRANTED.

DATED this 27th day of August, 2020.

*Richard A. Jones*
—————————————
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO FILE
OVERLENGTH MEMORANDUM - 1

**SMITH LAW FIRM**
314 North Second Street
Yakima, WA  98901
(509) 457-5108