The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS DEMARK DENNIS,<br><br>Defendant. | NO.  2:18-cr-00131-RAJ<br><br>ORDER ON DEFENDANT'S MOTION FOR RECONSIDERATION AND MOTION FOR REDUCTION OF SENTENCE |

Carlos Demark Dennis is a 43-year-old inmate currently detained at Federal Correctional Institution Sheridan, with a projected release date of May 23, 2024.  On September 24, 2020, the Court denied his motion for compassionate release.  Dkt. 1458.  Now before the Court are Mr. Dennis' pro se motion for reconsideration of the Court's order denying his motion for compassionate release (Dkt. 1513) and his renewed motion for reduction in sentence and compassionate release (Dkt. 1515).  Having considered Mr. Dennis' motions, and the files and pleadings herein, the Court hereby **DENIES** the motions for the reasons set forth below.

Motions for reconsideration are usually disfavored and will be granted only upon "a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." Local Rules W.D. Wash. LCR 7(h)(1).  In Mr. Dennis' motion for reconsideration and renewed motion for reduction in sentence, he sets forth the same or

substantially similar facts and arguments made in his original motion for compassionate release. He addresses the conditions of his confinement and his claims of lack of medical treatment for his various health conditions.

While the Court acknowledges the concerning rise in positive cases of COVID-19 among inmates and staff at FCI Sheridan, Mr. Dennis' motion is again devoid of any showing that FCI Sheridan is unequipped to provide appropriate medical treatment if he were to become infected with the virus. Nor does Mr. Dennis assert any new facts to demonstrate that he faces a greater risk while in custody than what he would face in the community upon his release.

Mr. Dennis' motions for reconsideration and for a reduction in sentence, like his original motion for compassionate release, are based on his argument that his medical conditions, specifically his obesity, unresolved rectal bleeding, bloody stool, and knee problems, place him at serious risk of complications or potentially death should he become infected with COVID-19. In addition to these medical conditions, Mr. Dennis indicates he suffers from major depressive disorder and post-traumatic stress disorder, mental conditions that he claims elevate his risk for complications should he contract COVID-19. For the reasons set forth in the Court's original order denying Mr. Dennis' motion for compassionate release, which are incorporated herein, the Court finds Mr. Dennis has not met his burden of demonstrating an extraordinary and compelling reason to show that he has a medical or mental health justification to warrant compassionate release.

///
///
///
///
///
///
///

ORDER - 2

The Court finds that no new evidence has been presented by Mr. Dennis to justify reversal of the Court's prior decision. For this reason, Defendant Carlos Demark Dennis' motion for reconsideration (Dkt. 1513) and renewed motion for reduction in sentence (Dkt. 1515) are **DENIED**.

DATED this 7th day of January, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge