The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>      v.<br><br>CARLOS DEMARK DENNIS,<br><br>                     Defendant. | NO.  2:18-cr-00131-RAJ<br><br>ORDER ON DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL |

THIS MATTER comes before the Court on Defendant Carlos Demark Dennis' Motion for Appointment of Counsel. Dkt. 1521. Mr. Dennis seeks appointment of counsel to pursue an appeal of the Court's denial of his motions for compassionate release.

On September 24, 2020, the Court denied Mr. Dennis' motion for compassionate release, which was filed on his behalf by appointed counsel Richard Smith. Dkt. 1458. On January 7, 2021, the Court denied Mr. Dennis' pro se motion for reconsideration of the Court's order denying his motion for compassionate release (Dkt. 1513) and his renewed motion for reduction in sentence and compassionate release (Dkt. 1515).

Having considered Mr. Dennis' Motion for Appointment of Counsel, and the files and pleadings herein, the Court hereby **DENIES** the motion.

DATED this 20th day of January, 2021.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1