The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS DEMARK DENNIS,<br><br>　　　　　Defendant. | NO. 2:18-cr-00131-RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

　　Having considered the Government's Motion to Seal and because of the sensitive information contained in the exhibits,

　　It is hereby ORDERED that the Motion to Seal (Dkt. 1595) is GRANTED. The United States' Exhibits 1 through 3 to its Response to Defendant's Motion to Reduce Sentence shall remain sealed.

　　DATED this 5th day of August, 2022.

*/s/ Richard A. Jones*
_____
HON. RICHARD A. JONES
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Dennis*, 2:18-cr-00131-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970