The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS DEMARK DENNIS,<br><br>　　　　　Defendant. | NO.  2:18-cr-00131-RAJ<br><br>ORDER ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE/COMPASSIONATE RELEASE |

　　　　Carlos Demark Dennis is a 45-year-old inmate currently detained at Federal Correctional Institution Sheridan, with a projected release date of May 23, 2024.  On September 24, 2020, the Court denied his motion for compassionate release.  Dkt. 1458.  On January 7, 2021, the Court denied his motion for reconsideration of the order denying compassionate release and motion to reduce sentence.  Dkt. 1517.  On May 13, 2021, the Court denied his motion for reconsideration of sentence regarding criminal history points and custody level.  Dkt. 1541.  On January 3, 2022, the Court denied his motion regarding ineffective assistance of counsel and for reconsideration of his sentence.  Dkt. 1548.  Now before the Court is Mr. Dennis' renewed motion for a reduction in sentence/ compassionate release.  Dkt. 1584.

　　　　Having considered Mr. Dennis' motion, and the files and pleadings herein, the Court hereby **DENIES** the motion.

ORDER - 1

In his renewed motion for reduction in sentence/compassionate release, Mr. Dennis sets forth the same or substantially similar facts and arguments made in his original motion for compassionate release and subsequent motions. Mr. Dennis addresses the conditions of his confinement and his claims of lack of medical treatment for his various health conditions, specifically his rectal bleeding, bloody stool, knee problems, and mental health issues.

The Court finds that no new evidence has been presented by Mr. Dennis related to his health conditions to justify reversal of the Court's prior decisions. In fact, the medical records indicate Mr. Dennis has declined some of the treatment recommendations of the healthcare providers. The records evidence that Mr. Dennis is receiving attention for his medical issues, and there is every indication that the Bureau of Prisons will continue to manage those chronic medical conditions.

For the reasons set forth in the Court's original order denying Mr. Dennis' motion for compassionate release and subsequent orders, which are incorporated herein, the Court finds Mr. Dennis has not met his burden of demonstrating an extraordinary and compelling reason to show that he has a medical or mental health justification to warrant a reduction in sentence or compassionate release. Accordingly, Defendant Carlos Demark Dennis' motion for reduction in sentence/compassionate release (Dkt. 1584) is **DENIED**.

DATED this 1st day of December, 2022.

The Honorable Richard A. Jones
United States District Judge

ORDER - 2