The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CARLOS DEMARK DENNIS, <br><br> Defendant. | NO.  2:18-cr-00131-RAJ <br><br> ORDER ON DEFENDANT'S REQUEST FOR A JUDICIAL RECOMMNEDATION CONCERNING LENGTH OF RRC/HALFWAY HOUSE PLACEMENT |

THIS MATTER comes before the Court upon Defendant Carlos Demark Dennis's *pro se* Request for a Judicial Recommendation Concerning Length of RRC/Halfway House Placement.  Dkt. 1633.  Mr. Dennis requests that the Court recommend that the Bureau of Prisons afford him the 12-month maximum residential reentry center (halfway house) placement time preceding the anticipated end of his sentence.

The Bureau of Prisons has plenary authority over Mr. Dennis's placement.  See *Tapia v. United States*, 564 U.S. 319, 331 (2011).  But the Court has discretionary authority to make a non-binding recommendation to the Bureau as to Mr. Dennis's placement.  *Id*.

///
///
///
///

ORDER - 1

Having considered the record before it, the Court concludes that Defendant has not established good cause for the recommendation sought. *See* 18 U.S.C. § 3621(b)(4)(B). Accordingly, the Court **DENIES** Mr. Dennis's Request for a Judicial Recommendation Concerning Length of RRC/Halfway House Placement.

DATED this 12th day of April, 2023.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2