The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS DEMARK DENNIS,<br><br>Defendant. | NO. 2:18-cr-00131-RAJ<br><br>ORDER GRANTING MOTION TO SEAL EXHIBITS |

THIS MATTER has come before the undersigned on the unopposed motion of Defendant Carlos Demark Dennis for an order that Exhibits A through C to his supervised release disposition memorandum be filed under seal and secured from public access until further order by the Court. Finding good cause due to the sensitive medical information contained in the exhibits,

It is hereby ORDERED that Defendant Carlos Demark Dennis' Unopposed Motion to Seal (Dkt. 1836) is GRANTED. Exhibits A through C to Defendant's supervised release disposition memorandum shall remain sealed.

DATED this 28th day of January, 2025.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1