THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CARLOS DEMARK DENNIS, <br><br> Defendant. | No. CR18-131-RAJ <br><br> ORDER GRANTING SUBSTITUTION OF COUNSEL |

THE COURT has considered Assistant Federal Public Defender Gregory Murphy's motion for substitution of counsel, and the records in this case.

IT IS HEREBY ORDERED that Carlos Santiago is permitted to withdraw as defense counsel in this matter and that the Office of the Federal Public Defender for the Western District of Washington is appointed pursuant to 18 U.S.C. § 3006A.

IT IS FURTHER ORDERED that Gregory Murphy will be the Assistant Federal Public Defender assigned to the above-captioned case.

DATED this 2nd day of May, 2025.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING SUBSTITUTION OF COUNSEL
(*United States v. Dennis*, CR18-131-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100